# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

STEVEN FORD

Case Number: 6:98-Cr-6-Orl-18GJK

USM Number: 22241-018

Stephen Langs
201 S. Orange Avenue #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, and 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to follow the instructions of the Probation Officer in violation of Condition 3 of the Standard Conditions of Supervision. | February 12, 2009 |
| 2 | Failure to notify the Probation Officer ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision. | February 17, 2009 |
| 3 | Positive urinalysis for Opiates in violation of Condition 7 of the Standard Conditions of Supervision. | January 21, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/21/2009

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

May  21 , 2009

STEVEN FORD  
6:98-Cr-6-Orl-18GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

The Court recommends to the Bureau of Prisons:

    The defendant be placed at the facility located at Jessup, Georgia if appropriate and available.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

                                                               UNITED STATES MARSHAL

                                              By:_____  
                                                           Deputy U.S. Marshal